1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
6
7  /ne
8  Attorney for Plaintiff
9
10                 UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12  RALPH W. GATERS,                ) Civil No. 05-02040 PVT
                                    )
13          Plaintiff,               )
                                    )
14  v.                              ) STIPULATION AND ORDER
                                    )
15  JO ANNE B. BARNHART,            )
    Commissioner, Social Security  )
16  Administration,                 )
                                    )
17          Defendant.               )
                                    )
18                                  )
                                    )
19
20      Plaintiff and Defendant, through their respective attorneys,
21  hereby stipulate that Plaintiff shall have an extension of time
22  up through and including Wednesday, October 12, 2005 in which to
23  e-file his Motion for Summary Judgment.  This extension is
24  necessitated by the number of other cases Plaintiff's counsel
25  currently his before the district court that also require
26  briefing.
27
28

                                    1
STIPULATION AND ORDER

```
                                    _____
                                    KEVIN V. RYAN
                                    United States Attorney




Dated: September 12, 2005           /s/_____
                                    SARA WINSLOW
                                    Assistant U.S. Attorney




Dated: September 12, 2005           /s/_____
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff
                                    RALPH W. GATERS


IT IS SO ORDERED.


Dated: 9/19/05                       /s/ Patricia V. Trumbull
                                    HON. PATRICIA V. TRUMBULL
                                    Magistrate District Judge
```

STIPULATION AND ORDER

2