HARVEY P. SACKETT (72488)

**SACKETT**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/ne

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RALPH W. GATERS, | ) Civil No. 05-02040 PVT |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Friday, November 11, 2005 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by the number of other cases Plaintiff's counsel currently his before the district court that also require briefing.

1

STIPULATION AND ORDER

1

2
_____
KEVIN V. RYAN
3
United States Attorney

4

5

6
Dated: October 12, 2005           /s/_____
SARA WINSLOW
7
Assistant U.S. Attorney

8

9

10
Dated: October 11, 2005           /s/_____
HARVEY P. SACKETT
11
Attorney for Plaintiff
RALPH W. GATERS
12

13
IT IS SO ORDERED.

14

15
Dated: *10/14/05*
HON. PATRICIA V. TRUMBULL
16
Magistrate District Judge

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION AND ORDER