HARVEY P. SACKETT (72488)
**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/ne

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH W. GATERS, | ) Civil No. 05-02040 PVT |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third and final extension of time up through and including Monday, December 12, 2005 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by the number of other cases Plaintiff's counsel currently his before the district court that also require briefing.

1

STIPULATION AND ORDER

```
                                    _____
                                    KEVIN V. RYAN
                                    United States Attorney




Dated: November 4, 2005             /s/_____
                                    SARA WINSLOW
                                    Assistant U.S. Attorney




Dated: November 1, 2005             /s/_____
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff
                                    RALPH W. GATERS



IT IS SO ORDERED.



Dated: 11/7/05                      _____
                                    HON. PATRICIA V. TRUMBULL
                                    Magistrate District Judge
```

STIPULATION AND ORDER                                   2