|  |  |
|---|---|
| 1 | KEVIN V. RYAN, SBN 118321 |
| 2 | United States Attorney<br>JOANN M. SWANSON, 88143 |
| 3 | Assistant United States Attorney<br>Chief, Civil Division |
| 4 | SARA WINSLOW, DCBN 457643<br>Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RALPH W. GATERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | CIVIL NO. 05-02040 PVT<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1] Defendant's response was due on January 12, 2006, pursuant to Civil L.R.16-5. Defendant's response is now due on February 13, 2006.

///
///
///
///
///
///

---

[1] See attached Declaration of Dennis Hanna.

This is defendant's first request.

Dated: January 4, 2006         /s/
                               HARVEY P. SACKETT
                               Attorney for Plaintiff

                               KEVIN V. RYAN
                               United States Attorney

Dated: January 6, 2006    By:      /s/
                               SARA WINSLOW
                               Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 1/18/06                 *Patricia V. Trumbull* (signature)
                               PATRICIA V. TRUMBULL
                               United States Magistrate Judge

GATERS, EXT.MXSJ (dh)
C 05-02040 PVT                         2