1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7260
     Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12 RALPH W. GATERS,                )
                                   )
13        Plaintiff,                )      CIVIL NO.   05-02040 PVT
                                   )
14        v.                        )      STIPULATION AND ORDER OF REMAND
                                   )
15 JO ANNE B. BARNHART,            )
   Commissioner of Social Security,)
16                                 )
          Defendant.                )
17 _____)

18        IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

19 approval of the Court, that the decision of the previous Administrative Law Judge (ALJ) is vacated

20 and this action is remanded to the defendant Commissioner pursuant to sentence four of 42 U.S.C.

21 Section 405(g) for further administrative proceedings.  The purpose of the remand is to offer Plaintiff

22 a new ALJ hearing and decision.

23        Upon remand, the Appeals Council will remand this case to an Administrative Law Judge

24 (ALJ) who will be directed to further evaluate the credibility of Plaintiff's subjective complaints, and

25 develop the record with evidence from a vocational expert regarding the impact of Plaintiff's non-

26 exertional limitations on the occupational base.  The ALJ shall also be directed to afford Plaintiff an

27 ///

28 ///

1  opportunity for another hearing that will fully explore the facts of his case.

5  Dated: January 25, 2006                                    /s/
6                                                             HARVEY P. SACKETT
                                                              Attorney for Plaintiff

                                                              KEVIN V. RYAN
8                                                             United States Attorney

11
12 Dated: January 26, 2006              By:        /s/
                                                   SARA WINSLOW
13                                                 Assistant United States Attorney

14 PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded,

15 pursuant to sentence four of 42 U.S.C. 405(g), to the Commissioner for further proceedings.

20 Dated:   1/26/06                                  _____
                                                    PATRICIA V. TRUMBULL
21                                                  United States Magistrate Judge

28 GATERS, REMD,S4 (jp)
   C 05-02040 PVT                          2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RALPH W. GATERS,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 05-02040 PVT<br><br>[PROPOSED]<br>JUDGMENT |

IT IS HEREBY ADJUDGED that the agency's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Commissioner of Social Security shall assume jurisdiction to conduct further administrative proceedings as set forth in the parties' Stipulation of Remand, filed herein. This constitutes a final judgment under Fed.R.Civ.Proc. 58.

Dated: 1/26/06

_Patricia V. Trumbull_
PATRICIA V. TRUMBULL
United States Magistrate Judge