```
1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7260
     Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RALPH GATERS, | )<br>) |
| Plaintiff, | ) CIVIL NO. 05-02040 PVT<br>) |
| v. | ) STIPULATION AND ORDER<br>) APPROVING COMPROMISE |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) SETTLEMENT OF ATTORNEY<br>) FEES PURSUANT TO THE EQUAL<br>) <u>ACCESS TO JUSTICE ACT</u> |
| Defendant. | )<br>) |

   The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

   1. Defendant shall pay FOUR THOUSAND FIVE HUNDRED DOLLARS ($4,500.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action. The check is to be payable to plaintiff's counsel:

HARVEY P. SACKETT<br>
P.O. BOX 5025<br>
SAN JOSE, CA 95150-5025<br>
(408) 295-7755;  FAX:  7444<br>
hps@hpspc.com; lucyc@sackettlaw.com

   2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

1 | Act.

2 |    3. Payment of the FOUR THOUSAND FIVE HUNDRED DOLLARS ($4,500.00) EAJA
3 | fees incurred in this court action, will constitute a complete release from and bar to any and all
4 | claims, rights, causes of action, liens or subrogated interests relating to attorney fees or costs
5 | pursuant to the EAJA as a result of this court action.

8 | Dated: March 13, 2006
9 |                                        /s/
                                   HARVEY P. SACKETT
                                   Attorney for Plaintiff

11 |                                    KEVIN V. RYAN
12 |                                    United States Attorney

14 | Dated: March 14, 2006          By:     /s/
15 |                                    SARA WINSLOW
                                   Assistant United States Attorney

17 | PURSUANT TO STIPULATION, IT IS SO ORDERED:

21 | Dated:  3/15/06
                                   *Patricia V. Trumbull*
22 |                                    PATRICIA V. TRUMBULL
                                   United States Magistrate Judge

GATERS, EAJA STIP (jp)
C 05-02040 PVT                            2